FILED

05/10/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0591

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Case No. DA 21-0591

JOSHUA F. CLARK,

      Plaintiff/Appellant,

  vs.

MISSOULA COUNTY SHERIFF
TERRY J. MCDERMOTT, the
COUNTY OF MISSOULA, MONTANA,
and HUMAN RIGHTS COMMISSION,

      Defendants/Appellees.

---

## *ORDER GRANTING APPELLANT'S UNOPPOSED FIRST MOTION FOR 30-DAY EXTENSION OF TIME TO FILE REPLY BRIEF*

---

On Appeal from the Montana Fourth Judicial District Court
Missoula County, Cause No. DV-15-1290
Before Hon. Jennifer B. Lint

---

| | |
|---|---|
| Quentin M. Rhoades | Steven S. Carey, Esq. |
| RHOADES & ERICKSON PLLC | David T. Lighthall, Esq. |
| 430 Ryman Street | CAREY LAW FIRM, P.C. |
| Missoula, Montana 59802 | 225 W. Broadway |
| Telephone: 406-721-9700 | P.O. Box 8659 |
| qmr@montanalawyer.com | Missoula, MT 59807 |
| courtdocs@montanalawyer.com | Telephone: 406-728-0011 |
| *For Appellant* | steve@carey-law.com |
| | dave@care-law.com |
| | *For Appellees* |

Upon motion of Appellant Joshua F. Clark and for good cause shown,

IT IS HEREBY ORDERED that Appellant's motion is GRANTED. Appellant shall have up to June 13, 2022, in which to file his Reply Brief.

No further extensions will be granted.

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 10 2022